UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COURTNEY JAMES STAHL,

                     Petitioner,

   v.

RON HAYNES,

                     Respondent.

Case No. C20-0486-TSZ-MAT

ORDER GRANTING MOTION FOR EXTENSION OF TIME

This is a 28 U.S.C. § 2254 habeas action. Respondent's answer to Petitioner's habeas petition was noted for July 24, 2020. (Dkt. 13.) On July 20, 2020, Petitioner filed a motion requesting a 60-day extension of time to file his response due to his limited access to the law library, among other reasons. (Dkt. 14.) This is Petitioner's second request for an extension of time. Respondent has indicated that he does not object to this request. (Dkt. 15.)

    Finding good cause, the Court GRANTS Petitioner's motion for extension of time. (Dkt. 14.) Petitioner shall file his response on or before **September 21, 2020**. Respondent may file a reply on or before **September 25, 2020**. The Clerk is directed to RE-NOTE Respondent's

\\

\\

ORDER GRANTING MOTION FOR
EXTENSION OF TIME - 1

answer (Dkt. 9) for September 25, 2020, and to send copies of this order to the parties and to the Honorable Thomas S. Zilly.

Dated this 7th day of August, 2020.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING MOTION FOR
EXTENSION OF TIME - 2