UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COURTNEY JAMES STAHL,<br><br>                    Petitioner,<br><br>     v.<br><br>RON HAYNES,<br><br>                    Respondent. | Case No. C20-0486-TSZ-MAT<br><br>ORDER DENYING AS MOOT PETITIONER'S MOTION FOR EXTENSION OF TIME |

On September 21, 2020, the Court issued an order denying Petitioner's motion for discovery, ordering the Clerk to send Petitioner a copy of Respondent's answer, and extending the deadline for Petitioner to respond to the answer. (Dkt. 21.) Later that day, the Court received a motion from Petitioner seeking additional time to respond to the answer because his discovery motion was pending and he had not yet received a copy of Respondent's answer. (Dkt. 22.) Because the Court has already extended the deadline for Petitioner to respond to the answer, Petitioner's motion for extension of time (Dkt. 22) is DENIED as moot.

\\

\\

\\

ORDER DENYING AS MOOT
PETITIONER'S MOTION FOR
EXTENSION OF TIME - 1

1    The Clerk is directed to send copies of this order to the parties and to the Honorable Thomas
2 S. Zilly.

3    Dated this 22nd day of September, 2020.

                                                                Mary Alice Theiler
                                                                United States Magistrate Judge

ORDER DENYING AS MOOT
PETITIONER'S MOTION FOR
EXTENSION OF TIME - 2