UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COURTNEY JAMES STAHL, | |
| Plaintiff, | C20-486 TSZ |
| v. | |
| RON HAYNES, | MINUTE ORDER |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Petitioner's Motion for Extension of Time, docket no. 27, is GRANTED. The deadline for Petitioner to file objections to the Report and Recommendation is EXTENDED to Monday, May 31, 2021.

(2) The Clerk is directed to send a copy of this Minute Order to the parties and to Judge Theiler.

Dated this 2nd day of March, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1