UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COURTNEY JAMES STAHL,

        Petitioner,

v.

RON HAYNES,

        Respondent.

C20-486 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Petitioner Courtney Stahl's Motion to Stay, docket no. 29, is DENIED. Petitioner does not challenge Judge Theiler's determination that he failed to properly exhaust Grounds 1, 4, 10, 11, and 12. See Motion to Stay (docket no. 29); Report and Recommendation (docket no. 26 at 5–11). Instead, he asks the Court to stay the case while he returns to the Washington State Courts to fully exhaust those Grounds. Id. at 2–3. Petitioner's claims, however, are procedurally barred under state law as it has been more than one year since his Judgment and Sentence became final.[1] RCW 10.73.090(1). Thus, staying the case would be futile.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of May, 2021.

        William M. McCool
        Clerk

        s/Gail Glass
        Deputy Clerk

---

[1] Under RCW 10.73.090(3)(b), a judgment becomes final for purposes of state collateral review on the date that the appellate court issues its mandate disposing of a timely direct appeal from the conviction. Division One of the Washington State Court of Appeals issued its mandate in Petitioner's case on January 12, 2018. Mandate (docket no. 10, Ex. 24).

MINUTE ORDER - 1