UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COURTNEY JAMES STAHL,

    Plaintiff,

  v.

RON HAYNES,

    Defendant.

C20-486 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Petitioner's Second Motion for Extension of Time, docket no. 32, is GRANTED. The deadline for Petitioner to file objections to the Report and Recommendation is EXTENDED to Monday, August 30, 2021.

(2) The Clerk is directed to send a copy of this Minute Order to the parties and to Judge Theiler.

Dated this 2nd day of June, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1