# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

COURTNEY JAMES STAHL,

    Petitioner,

v.

RON HAYNES,

    Respondent.

C20-486 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Petitioner Courtney James Stahl's Request for Case Law, docket no. 34, which the Court treats as a Motion for an Extension of Time to File Objections, is GRANTED. The deadline for Petitioner to file objections to the Report and Recommendation, docket no. 26, is EXTENDED to Monday, November 29, 2021. The Clerk is directed to RENOTE the Report and Recommendation for Friday, December 3, 2021.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of July, 2021.

                                            Ravi Subramanian
                                            Clerk

                                            s/Gail Glass
                                            Deputy Clerk

MINUTE ORDER - 1